# EXHIBIT A

# ROOFCON, INC.

3791 OLD US 23, SUITE #300  
BRIGHTON, MI 48114

PHONE: (810) 229-8490  
FAX:  (810) 229-8491

April 18, 2006

**Personal & Confidential**

Roofers Local Union #70  
1451 Old Pinckney Road  
Howell, MI 48843

Attention: Tom Curry

Mr. Curry:

Effective June 1, 2006, we agree to the new contract agreement between Roofcon, Inc. and Roofers Local Union #70.

Please send a copy of the new agreement to our office when it is available.

Sincerely,

Donald P. Hatfield  
President